■ Beth Israel North Housing Company, Inc., Respondent, v Richard A. Berman, as Commissioner of New York State Division of Housing and Community Renewal, et al., Appellants. — Judgment, Supreme Court, New York County (Wallach, J.), entered on August 4, 1982, unanimously affirmed for the reasons stated by Wallach, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Carro, Fein, Milonas and Kassal, JJ. [114 Misc 2d 440.]

■ In the Matter of Irving Becker, an Attorney. — Respondent suspended from practice as an attorney and counselor at law in the State of New York effective immediately and until such time as he fulfills his responsibilities with respect to the complaints filed against him, and until the further order of this court, and the motion, insofar as it seeks appointment of an attorney to inventory respondent's files and protect the interests of respondent's clients is denied. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.

■ Unitech USA, Inc. v William R. Ponsoldt et al. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and this court certifies the following question: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Insofar as it seeks a stay, the motion is granted. Concur — Kupferman, J. P., Sullivan, Milonas, Kassal and Alexander, JJ.